■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THERESA BRADBERRY, Appellant. [671 NYS2d 978] —Judgment, Supreme Court, New York County (Laura Drager, J.), rendered May 30, 1996, convicting defendant, upon her plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Defendant's contentions that her plea was involuntary and that she received ineffective assistance of counsel are not supported on this record.

We perceive no abuse of sentencing discretion. Concur— Milonas, J. P., Nardelli, Mazzarelli and Andrias, JJ.